FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 01 2021 ★
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Carlos Morinville

Plaintiff,

[Insert full name of plaintiff/prisoner]

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

CV 21 6088

JURY DEMAND

YES ✓ NO ____

AZRACK, J.
LINDSAY, M.J.

-against-

James Dzurenda
Officer Richardson
Officer BIEN
Corporal Imhoe
Officer Griffin
Jane Doe

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I. Parties: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff Carlos Morinville

If you are incarcerated, provide the name of the facility and address:

Nassua County Correctional Center
100 Carman Avenue
East Meadow N.Y. 11554

Prisoner ID Number: 2021000604 7026

If you are not incarcerated, provide your current address:

______________________________________________

______________________________________________

______________________________________________

Telephone Number: ______________________________

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

James Dzurenda
Full Name

Sherriff
Job Title

100 Carman Avenue
East Meadow N.Y., 11554
Address

Defendant No. 2

Officer Richardson
Full Name

Correctional officer
Job Title

100 Carman Avenue
East Meadow N.Y., 11554
Address

Defendant No. 3

Officer BIEN
Full Name

Correctional Officer
Job Title

100 Carman Avenue

East Meadow NY, 11554
Address

Defendant No. 4

Officer Griffin
Full Name

Correctional Officer
Job Title

100 Carman Avenue
East Meadow NY, 11554
Address

Defendant No. 5

Corporal Imhof
Full Name

Corporal
Job Title

100 Carman Avenue
East Meadow NY, 11554
Address

## II. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? Medical Unit in the main building

When did the events happen? (include approximate time and date) April 13th, 2021 1:30 p.m (Tuesday)

Facts: (what happened?) 1) My eighth Amendment rights were violated under the United States Constitution due to cruel and unusual punishment. 2) On April 13th 2021, about 1:30 p.m i was escorted to the medical unit in the main building by Officer Richardson and his fellow peer officer. Upon my arrival there, i was then told by officer Griffin at the front desk to step into the office and have a seat. 3) Officer Griffin stated "wait a minute", the nurse will be with you shortly". Seconds later officer Richardson requested for me to step out into the pens waiting area. I, Mr. Morinville, then responded by saying "Officer Griffin told me to wait right here for the nurse". Officer Griffin clearly stated "have a seat and wait", the nurse will be with you shortly". 4) Officer Richardson then responded by saying "Don't let me have to ask you again", in a threatening manner. 5) Before i got the chance to get up out my seat, Officer Richardson aggressively grabbed me by the shirt causing me to stumble to the ground where he repeatedly punched, kicked, and stomped all over my body. 6) Officer Griffin called for backup as other officers rushed in. Officer Diem along with Corporal Imhoe and a few others participated in the attack as officer Griffin just stood there and watched me suffer. 7) As a result of this gruesome attack, i suffered head pains, back pains, shoulder, right knee, left wrist damage along with blood in my mouth. Followed by emotional and psychological distress.

II.A. Injuries. If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

The plaintiff has suffered emotional, psychological injury, as well as physical injury. Mental distress shock to the conscience, including left wrist damage in the nerve, spasms in the upper torso, lower back, right knee joint, and head trauma. I recieved medical attention at Nassua County Medical Center on July 22, 2021, on a thursday at 9:30PM.

III. **Relief:** State what relief you are seeking if you prevail on your complaint.

The plaintiff seeks compensatory monetary damages in the amount of one hundred million dollars $100,000,000 from each ~~differo~~ defendant in their official capacity and their individual capacity, and one hundred million dollars $100,000,000 punitive monetary damages from each defendent in their official capacity and individual capacity for the reckless or callous action.

I declare under penalty of perjury that on 10-29-2021 (date), I delivered this complaint to prison authorities at Nassua Canty Jail (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10-29-2021

[signature]
Signature of Plaintiff

Nassua County Correctional Center
Name of Prison Facility or Address if not incarcerated

100 Carman Avenue
East Meadow N.Y, 11554

Address

20210006047026
Prisoner ID#

rev. 12/1/2015

NASSAU COUNTY CORRECTIONAL CENTER
100 CARMAN AVENUE
EAST MEADOW NY 11554-1146
Morinville, CARLOS
#2021000604702 6
E1E- 34

MID-ISLAND NY 117
29 OCT 2021 PM 1

FOREVER USA

2021 ENERGY AWARENESS MONTH

Barn Swallow

USPS

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 01 2021 ★
LONG ISLAND OFFICE

United States District Court
Eastern District of New York
100 Federal plaza,
Central Islip N.Y, 11722
Attention: pro se office

11722-443800