WINSTON & STRAWN LLP

NORTH AMERICA SOUTH AMERICA EUROPE ASIA

200 Park Avenue
New York, NY 10166-4193
+1 212-294-6700
+1 212-294-4700

December 5, 2025

Judge Nusrat J. Choudhury
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re: Joint Status Update Regarding Outstanding Discovery – *Morinville v. Dzurenda et al.*; No. 2:21-cv-06088-NJC-ARL**

Dear Judge Choudhury:

Pursuant to the Court's December 2, 2025 Minute Entry and Order (requiring a joint letter by December 5, 2025), the parties submit this joint status letter regarding the outstanding discovery issues discussed with the Court on December 2, 2025.

Plaintiff sought four categories of documents: (1) Nassau County Correctional Center ("NCCC") use-of-force policies, manuals, and training materials; (2) NCCC Standard Operating Procedures ("SOPs"); (3) documents identifying the housing blocks where inmates with mental-health challenges were housed, including the Behavioral Modification Unit (BMU) and Special Housing Unit (SHU); and (4) documents reflecting the criteria and process for determining an inmate's placement in housing designated for those with identified mental health needs.

Defendants this week produced materials responsive to the first, third, and fourth categories. Although the materials bear dates that are much earlier in time, counsel for the Defendants represents that the produced documents are those that were in effect at the time of the incidents at issue in this litigation.

Defendants have not produced the NCCC SOPs responsive to the second category. Counsel for Defendants represents that he has contacted the unit for the SOPs, and will follow up with them again next week. Plaintiff intends to move to compel production of that category of documents next week if the documents are not produced.

Respectfully submitted,

*/s/ Kelly A. Librera*
Kelly A. Librera

*Counsel for Plaintiff*

**cc:**
Nicholas Zotto
Deputy County Attorney
Office of the Nassau County Attorney

*Counsel for Defendants*